UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Shane Kelly )<br>*on behalf of themselves and others similarly* )<br>*situated* )<br> )<br>            Plaintiff, )<br> )<br>v. )<br> )<br>Cameron Real Estate Group, Inc. )<br> )<br>            Defendant. ) | Civil Action No.<br>1:19-cv-11398-LTS |

## CLOSING ORDER DISMISSING CASE

SOROKIN, J.

In accordance with the Stipulation of dismissal filed by the parties, it is hereby ORDERED that this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims against Defendant.

By the Court,

 /s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel